UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RICHARD LEON JORDAN, | ) |
| | ) CASE NO. C07-3049 PAZ |
| Plaintiff, | ) |
| | ) |
| vs. | ) JUDGMENT |
| | ) IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, MICHAEL J ASTRUE, | ) |
| | ) |
| Defendant. | ) |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for calculation and award of Title XVI benefits with a disability onset date of July 11, 2003.

DATED: September 30, 2008

Robert L. Phelps - Clerk

S/src
By: Deputy Clerk